# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**FINAL JUDGMENT**

July 25, 2018

Before:	WILLIAM J. BAUER, Circuit Judge
	MICHAEL S. KANNE, Circuit Judge
	ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| No. 17-1883 | PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC.,<br>Plaintiff - Appellee<br><br>v.<br><br>COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-01807-TWP-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The opinion of the District Court is **AFFIRMED** in all respects, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)